**No. 11-7236. Roberto Moreno-Gonzalez, Petitioner v. United States.**

565 U.S. 1087, 132 S. Ct. 835, 181 L. Ed. 2d 541, 2011 U.S. LEXIS 8730.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7238. Julio Cesar Sanchez-Valenzuela, Petitioner v. United States.**

565 U.S. 1087, 132 S. Ct. 835, 181 L. Ed. 2d 541, 2011 U.S. LEXIS 8721.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 446 Fed. Appx. 841.

**No. 11-386. The Bronx Household of Faith, et al., Petitioners v. New York City Board of Education, et al.**

565 U.S. 1087, 132 S. Ct. 816, 181 L. Ed. 2d 541, 2011 U.S. LEXIS 8822.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 650 F.3d 30.

**No. 11-407. International Brotherhood of Teamsters, Freight, Construction, General Drivers, Warehousemen & Helpers, Local 287 (AFL-CIO), Petitioner v. Granite Rock Company.**

565 U.S. 1087, 132 S. Ct. 817, 181 L. Ed. 2d 541, 2011 U.S. LEXIS 8779.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 649 F.3d 1067.

**No. 11-5342. William Robinson, Petitioner v. United States.**

**No. 11-5975. Dennis Jones, Petitioner v. United States.**

**No. 11-6514. Jerrawn Thomas, Petitioner v. United States.**

565 U.S. 1087, 132 S. Ct. 813, 181 L. Ed. 2d 541, 2011 U.S. LEXIS 8754.

December 5, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of these petitions.

Same cases below, 637 F.3d 59.

**No. 11-7150. Enrique Iglesias, Petitioner v. United States.**

565 U.S. 1087, 132 S. Ct. 830, 181 L. Ed. 2d 541, 2011 U.S. LEXIS 8684.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.